UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
YORDALIZA TAVERAS,
*individually, and on behalf of all others* :
*similarly situated,* :
: 23-CV-4277 (VSB)
Plaintiff, :
: **ORDER**
-against- :
:
POWER UP FOODS LLC, :
:
Defendant. :
---------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action on May 23, 2023, (Doc. 1), and filed an affidavit of service on

July 5, 2023, (Doc. 5).  The deadline for Defendant to respond to Plaintiff's complaint was July

12, 2023.  (*See* Doc. 5.)  To date, Defendant has not appeared or responded to the complaint.

Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to

seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual

Rules and Practices in Civil Cases by no later than August 7, 2023.  If Plaintiff fails to do so or

otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for

failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     July 25, 2023
           New York, New York

_____
VERNON S. BRODERICK
United States District Judge